UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                      Case No. 97-cr-80625
                                                      Hon. Matthew F. Leitman

v.

THELMON F. STUCKEY,

      Defendant.

_____/

## ORDER GRANTING DEFENDANT'S APPLICATION
## TO PROCEED *IN FORMA PAUPERIS* ON APPEAL (ECF No. 370)

On July 7, 2020, Defendant Thelmon F. Stuckey filed an application to proceed *in forma pauperis* on appeal. (*See* App., ECF No. 370.)  The Court has reviewed the application and concludes that it should be granted.  Accordingly, **IT IS HEREBY ORDERED** that Stuckey's application (ECF No. 370) is **GRANTED,** and Stuckey shall be permitted to proceed *in forma pauperis* on appeal.

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2020, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda
                                                        Case Manager
                                                       (810) 341-3794